**STATE of Missouri, Respondent,**

v.

**Terry Lynn CRABTREE, Appellant.**

**No. 71898.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 16, 1997.

Mary Elizabeth Ott, Clayton, for appellant.

Robert P. McCulloch, Pros. Atty., Kelly Hill, Asst. Pros. Atty., St. Louis County, Clayton, for respondent,

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM

Defendant appeals conviction and sentence on charge of driving while intoxicated. Section 577.010 RSMo 1994. We affirm. Rule 30.25(b).